IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00551-WYD-KMT

FEDERATED MUTUAL INSURANCE COMPANY,

      Plaintiff,

v.

MICHAEL ENRIGHT and
AAA SERVICE PLUMBING, INC.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff Federated Mutual Insurance Company's Unopposed Motion To Extend Time For Reply and Response in Connection With Reply in Support of Motion for Summary Judgment and Response to Cross-Motion for Summary Judgment filed August 10, 2015 [ECF No. 28] **GRANTED.**  Plaintiff shall have up to and including **Wednesday, August 26, 2015**, in which to reply to Defendants' Response to Plaintiff's Motion for Summary Judgment and to respond to Defendants' Cross-Motion for Partial Summary Judgment.

      Also, Federated Mutual Insurance Company's Unopposed Motion To Exceed 10-Page Limitation in Connection with Reply in Support of Motion for Summary Judgment filed August 10, 2015 [ECF No. 29] is **GRANTED.**  Plaintiff's reply may be up to and including 20 pages (exclusive of the fact sections provided for in Section III.B.6.a and b of my Practice Standards).

      Dated:  August 11, 2015